1  Tanya Levinson Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
2  332 N. Second Street
   San Jose, CA  95112
3  Telephone (408) 271-6600
   Facsimile (408) 298-6046
4
   Attorneys for Plaintiff
5  Ronald Dean Moore

6

7

8　　　　　　　　　**UNITED STATES DISTRICT COURT**

9　　　　　　　　　**EASTERN DISTRICT OF CALIFORNIA**

10 | RONALD DEAN MOORE,              ) No.  1:09-CV-02131-OWW-DLB
11 |         Plaintiff,              )
   |                                 ) **STIPULATION FOR DISMISSAL;**
12 |     vs.                         ) **ORDER**
13 | WILLIAM M. MORROW aka           )
   | WILLIAM MALONE MORROW et        ) Assigned to District Judge
14 | al., aka RED ROBIN BURGER &     ) Oliver W. Wanger
15 | SPIRITS EMPORIUM, aka RED       ) Complaint filed:  December 14, 2009
   | ROBIN BURGER, aka RED ROBIN     )
16 | RESTAURANT, aka RED ROBIN       )
17 | GOURMET BURGERS, RED ROBIN      )
   | INTERNATIONAL INC.; SV          )
18 | LANDVALUE 27, LLC, SV 5 SOULS,  )
19 | LLC, SV CUYAMA VALLEY, LLC,     )
   | LAND VALUE MGMT LLC aka         )
20 | LANDVALUE 77, LLC, McGARRY      )
21 | PROPERTY TRUST, TRUSTEES,       )
   | DENNIS PRINDIVILLE and GARY S.  )
22 | DUNN,                           )
23 |                                 )
24 |         Defendants.             )

25 ─────────────────────────────────

26
27      Plaintiff Ronald Dean Moore, through his attorney, Tanya Levinson
28 Moore, Moore Law Firm, P.C., San Jose, California, and Defendants WILLIAM

*Moore v. William M. Morrow, et al*

Stipulation for Dismissal

Page 1

1  M. MORROW aka WILLIAM MALONE MORROW et al., aka RED ROBIN
2  BURGER & SPIRITS EMPORIUM, aka RED ROBIN BURGER, aka RED
3  ROBIN RESTAURANT, aka RED ROBIN GOURMET BURGERS, RED
4  ROBIN INTERNATIONAL INC.; SV LANDVALUE 27, LLC, SV 5 SOULS,
5  LLC, SV CUYAMA VALLEY, LLC, LAND VALUE MGMT LLC aka
6  LANDVALUE 77, LLC, McGARRY PROPERTY TRUST, TRUSTEES,
7  DENNIS PRINDIVILLE and GARY S. DUNN, through their attorneys, CALL
8  & JENSEN, Newport Beach, California, hereby stipulate that the above-
9  captioned action shall be dismissed with prejudice.

11  Date: June 10, 2010            /s/Tanya Levinson Moore
12                                  Tanya E. Levinson Moore
                                    Attorney for Plaintiff

15  Date: June 10, 2010            CALL & JENSEN

16                                  /s/Ryan McNamara, Esq.
                                    Ryan McNamara, Esq.
                                    Attorney for Defendants WILLIAM M.
                                    MORROW aka WILLIAM MALONE
                                    MORROW et al., aka RED ROBIN
                                    BURGER & SPIRITS EMPORIUM, aka
                                    RED ROBIN BURGER, aka RED ROBIN
                                    RESTAURANT, aka RED ROBIN
                                    GOURMET BURGERS, RED ROBIN
                                    INTERNATIONAL INC.; SV
                                    LANDVALUE 27, LLC, SV 5 SOULS,
                                    LLC, SV CUYAMA VALLEY, LLC,
                                    LAND VALUE MGMT LLC aka
                                    LANDVALUE 77, LLC, McGARRY
                                    PROPERTY TRUST, TRUSTEES,
                                    DENNIS PRINDIVILLE and GARY S.
                                    DUNN

*Moore v. William M. Morrow, et al*

Stipulation for Dismissal

# ORDER

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT the above-captioned action be dismissed with prejudice.

IT IS SO ORDERED.

Dated:   **June 10, 2010**                              **/s/ Oliver W. Wanger**
                                                                                    UNITED STATES DISTRICT JUDGE

*Moore v. William M. Morrow, et al*

Stipulation for Dismissal

Page 3